UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF NEW YORK
------------------------------------------- x
                                                     :

GLOBAL AID DISTRIBUTION LLC,        :

                                        Plaintiffs,        :         Case No. 20-cv-2897-KAM-JO

            - against -                            :

EZ LOGISTICS LTD,                       :

                                        Defendant.      :
------------------------------------------- x

## INITIAL CONFERENCE QUESTIONNAIRE

| | | |
|---|---|---|
| 1. | Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page): | September 17, 2020 |
| 2. | Deadline for first request for production of documents and first request for interrogatories: | September 30, 2020 |
| 2(a). | Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for: | plaintiff(s) 0; defendant(s) 0 |
| 3. | Date for completion of any joinder of additional parties and amendment of the pleadings: | September 30, 2020 |
| 3(a). | Number of proposed additional parties to be joined, if any, by: | Plaintiff(s) 0; defendant(s) 0 |
| 4. | Number of depositions by plaintiff(s) of: | Parties 3; non-parties 3 |
| 5. | Number of depositions by defendant(s) of: | Parties 3; non-parties 3 |
| 6. | Date of status conference (joint status report due two business days in advance): | September 18, 2020 |
| 7. | Date for completion of factual discovery: | December 30, 2020 |
| 8. | Are expert witnesses needed? | Yes |

| | | |
|---|---|---|
| 8(a). | Number of expert witnesses, if any, of plaintiff(s): | Medical 0; non-medical 2 |
| 8(b). | Date for completion of those expert reports: | January 29, 2021 |
| 8(c). | Number of expert witnesses, if any, of defendant(s): | Medical 0; non-medical 2 |
| 8(d). | Date for completion of those expert reports: | January 29, 2021 |
| 9. | Date for completion of expert discovery: | March 29, 2021 |
| 10. | Date of <u>pretrial conference</u> (brief *ex parte* statements of settlement position due via email two business days in advance): | _____ |
| 11. | Types of contemplated dispositive motions by plaintiff(s) <u>and</u> dates for filing of those motions: | Summary judgment motions due April 30, 2021 |
| 12. | Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions: | Summary judgment motions due April 30, 2021 |
| 13. | Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.) | Yes |
| 14. | Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.) | Yes. Not to be produced. |
| 15. | Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.) | No |

Dated: New York, New York  SULLIVAN & WORCESTER LLP
       September 15, 2020


By: /s/Michael T. Sullivan
    Michael T. Sullivan
    Clark A. Freeman
1633 Broadway
New York, New York 10019
(212) 660-3000
msullivan@sullivanlaw.com
cfreeman@sullivanlaw.com

*Attorneys for Plaintiff*
  *Global Aid Distribution, LLC*


COWAN, LIEBOWITZ & LATMAN, P.C.


By: /s/Richard S. Mandel
    Richard S. Mandel
114 W. 47th Street
New York, New York 10036
(212) 790-9200
rsm@cll.com

*Attorneys for Defendant*
  *EZ Logistics Ltd.*